Tony M. STRAWDERMAN; Laurie
Strawderman, Debtors-
Appellants,

v.

Clara P. SWANSON, Trustee-Appellee.

No. 17-1420

United States Court of Appeals,
Fourth Circuit.

Submitted: October 19, 2017

Decided: October 23, 2017

Tony M. Strawderman, Sr., Laurie A.
Strawderman, Appellants Pro Se.

Before NIEMEYER, MOTZ, and
KING, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tony M. Strawderman and Laurie
Strawderman appeal from the district
court's order affirming the bankruptcy
court's order approving the sale of proper-
ty of the bankruptcy estate. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Strawder-
man v. Swanson*, No. 2:16-cv-00232-AWA-
DEM (E.D. Va. Mar. 2, 2017). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED*